JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND FITZGERALD,<br><br>    Plaintiff(s),<br><br>    v.<br><br>TARGET CORPORATION; and DOES I TO 100 Inclusive,<br><br>    Defendant(s). | Case No.: CV 17-4605-DMG (JPRx)<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [29]** |

On April 25, 2018, the parties jointly filed a Stipulation of Dismissal, dismissing this entire action and claims herein, with prejudice. Accordingly, the above-captioned action and all claims herein are DISMISSED with prejudice. The parties will bear their own respective attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: April 26, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-